FILED
JUL 22 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Times, Jessica Individual,  )<br>    Plaintiff Debtor  )<br>  )<br>V.  )<br>  )<br>United States Dept of Education,  )<br>    Defendant.  )<br>_____ ) | **AP CASE 16-03063**<br><br>Lead BK Case 16-10417<br><br>**NOTICE OF SERVICE** |

1. For the Court. Please see the attached certificate(s) of service. Service was perfected by mail on 02 July 2016.

2. Service was performed by a third party whom had/has no interest in the above proceedings

3. I declare under penalty of perjury the documents attached herein true and correct. Executed on 20 July 2016.

*(signature)*
Robert R. Drew
340 Channing Way Apt 158
San Rafael, CA, 94903

# CERTIFICATE OF SERVICE

I, **Robert R. Drew** (name), certify that service of this summons and copy of the complaint was made **02 July 16** (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**3 parties, please see attached.**

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

[ ] Residence Service: By leaving the process with the following adult as:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **02 July 16**  Signature **Robert Drew**  *(second copy)*
Print Name: **Robert Drew**
Business Address: **340 Channing way, San Rafael, CA, 94903**

# PROOF OF SERVICE FORM

: **Delivery by U.S. Mail**: Proof of Service by Mail.

I, Robert R Drew, declare that I am over the age of eighteen years and not a party to the action. My address is 340 Channing way apt 158 San Rafael, CA. 94903.

On, (02 July 2016), I served:

1) Notice of Summons
2) Plaintiffs' Complaint and attachments therein
3) ~~Courts order on disclosures and discovery~~
4) BK Courts Northern District of California ADC Certification (pre-signed by Plaintiff)

The above was served on the following entities.

A) United States Attorney General 
   950 Pennsylvania Ave NW
   Washington DC, 20530-0001

B) Office of the U.S. Attorney 
   Federal Courthouse
   450 Golden Gate ave
   San Fransico, CA. 94102

C) United States Dept of Education 
   Office of General Councel
   400 Maryland Ave SW
   Room 6E353
   Washington, D.C. 20202

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 02 July 2016, at Novato, California.

Robert R. Drew
340 Channing Way, apt 158
San Rafael CA, 94903
Tele:848-218-2227