JESSICA JUSTINE TIMES
718 Drake Avenue
Sausalito, California 94965
(415) 712-3229
jtimes2013@gmail.com
Plaintiff, Pro Se

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for Defendant U.S. Department of Education

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JESSICA JUSTINE TIMES,<br><br>      Debtor. | Case No. 16-10417 AJ |
| JESSICA JUSTINE TIMES,<br><br>      Plaintiff.<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Adversary Proceeding No. 16-03063<br><br>**JOINT DISCOVERY PLAN**<br><br>Date: August 18, 2016<br>Time:  2:00 P.M.<br>Place:  Courtroom 19, 16th Floor<br>Hon. Hannah L. Blumenstiel |

The parties, Plaintiff, Jessica Times, and Defendant, the United States Department of Education ("DOE"), respectfully submit the following Discovery Plan pursuant to this Court's Order re Initial Disclosures and Discovery Conference and Federal Rule of Civil Procedure 26, as incorporated by Federal Rule of Bankruptcy Procedure 7026.

**(i) what changes, if any, should be made in the timing, form, or requirements of the Initial Disclosures:**

The parties will exchange their Rule 26(a) initial disclosures on or before August 25, 2016.

**(ii) the timing, subject matter, and limitations, if any, of discovery to be conducted after the initial disclosures:**

The parties agree that a discovery cut-off of at least 30 days before trial is appropriate. The parties do not believe any changes to the limitations on discovery imposed under the relevant rules are necessary or warranted. The parties anticipate, at a minimum, propounding interrogatories and requests for production of documents, and taking depositions relating to Plaintiff's claim that the nondischargeability of her education loans would impose an undue hardship under 11 U.S.C. § 523(a)(8). The parties request an expert disclosure date of November 4, 2016, and an expert and non-expert discovery cut-off date of December 1, 2016. Motions to compel discovery may be heard after the discovery cut-off date but must be filed and served within 10 days of that date. The parties request a trial date in early 2017.

**(iii) the subject of any orders that the court should enter under Fed. R. Bankr. P. 7016(b) and (c) and 7026(a)(1):**

The parties do not believe any other orders under Fed. R. Bankr. P. Rule 7016(b) and (c) and 7026(a)(1) are presently necessary or warranted.

DATED: August 08, 2016

Respectfully submitted,

///SIGNED///
Jessica J. Times
Plaintiff, Pro Se

JOINT DISCOVERY PLAN
AP NO. 14-04161

| | | |
|---|---|---|
| 1 | DATED: August 9, 2016 | Respectfully submitted, |
| 2 | | BRIAN J. STRETCH<br>United States Attorney |
| 3 | | |
| 4 | | /s/ *Michelle Lo*<br>MICHELLE LO |
| 5 | | Assistant United States Attorney |
| 6 | | Counsel for Defendant U.S.<br>Department of Education |

JOINT DISCOVERY PLAN
AP NO. 16-3063